IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:17-cv-00450-D

| JAVON HOWELL, | ) |
| --- | --- |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER OF DISMISSAL

The Court having received the parties Stipulation for Dismissal with Prejudice as to Equifax Information Services LLC, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Equifax Information Services LLC is dismissed with prejudice from this action.

SO ORDERED. This **24** day of **July**, 2018.

JAMES C. DEVER III
Chief United States District Judge